# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: DUTY ASSIGNMENT : No. 583 Judicial Administration
SCHEDULE FOR EMERGENCY : Docket
PETITIONS IN THE YEAR 2023 :

## ORDER

**PER CURIAM:**

    **AND NOW**, this 12th day of December, 2022, the emergency duty assignment for the year 2023, is herewith adopted.

| | | |
|---|---|---|
| January | Justice Christine Donohue | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| February | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice P. Kevin Brobson | (Western District) |
| March | Justice David Wecht | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| April | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| May | Justice P. Kevin Brobson | (Eastern District) |
| | Justice David Wecht | (Western District) |
| June | Justice Kevin Dougherty | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| July | Justice Christine Donohue | (Eastern District) |
| | Justice P. Kevin Brobson | (Western District) |
| August | Justice David Wecht | (Eastern District) |
| | Justice Sallie Updyke Mundy | (Western District) |
| September | Justice Kevin Dougherty | (Eastern District) |
| | Justice P. Kevin Brobson | (Western District) |

| | | |
|---|---|---|
| October | Justice David Wecht | (Eastern District) |
| | Justice Christine Donohue | (Western District) |
| November | Justice Sallie Updyke Mundy | (Eastern District) |
| | Justice Kevin Dougherty | (Western District) |
| December | Justice P. Kevin Brobson | (Eastern District) |
| | Justice David Wecht | (Western District) |